OSCAR FLORA, Respondent, v. INTERNATIONAL RAILWAY COMPANY and Another, Appellants.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.